UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
         Petitioner )
)
v. )   M.B.D. No. 03MBD 10369
)
ROBERT PARATORE )
)
         Respondent )

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

    The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

    1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

    2. Daniel G. McSweeney is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

    3. The respondent, Robert Paratore resides or is found at 164 Cordaville Road, Ashland, Massachusetts 01721 within the jurisdiction of this Court.

    4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

    5. On December 3, 2002, Revenue Officer Daniel G. McSweeney issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Robert Paratore, directing him to appear before Revenue Officer Daniel G. McSweeney at 1 Montvale Avenue, Stoneham, MA 02180 at 10:00 A.M. on January 6, 2003 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ending December 31, 2000 and December 31, 2001.

A copy of the Summons is attached to this Petition as "Exhibit A". On December 3, 2002, Revenue Officer Daniel G. McSweeney served the Summons on Robert Paratore by handing an attested copy of the summons to whom it was directed. Revenue Officer Daniel G. McSweeney signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

    6. Robert Paratore has failed and refuses to comply with the Summons.

    7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Robert Paratore for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ending December 31, 2000 and December 31, 2001.

    WHEREFORE, the petitioners pray that:

    1. Robert Paratore be ordered to show cause, if any he has, why he should not obey the Summons;

    2. Robert Paratore be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Daniel G. McSweeney or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

    3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL SULLIVAN
United States Attorney

By: _____
Anton P. Giedt
Assistant U.S. Attorney

United States Attorney's Office
United States Courthouse – Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282



# Summons

In the matter of ROBERT PARATORE, 164 CORDAVILLE RD., ASHLAND, MA 01721

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): 01

**Periods** 1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001

## The Commissioner of Internal Revenue

**To** ROBERT PARATORE
**At** 164 CORDAVILLE RD., ASHLAND, MA

You are hereby summoned and required to appear before **Daniel G McSweeney**, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001**, including but not limited to: statement of wages for the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001**, statements regarding interest or dividend income for the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001**; employee earnings statements for the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001**; records of deposits to bank accounts during the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **1040 CALENDAR YEARS ENDED 12/31/2000, 12/31/2001** (for which year(s) no return have been made) may be determined.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS Official Serving the Summons

**Revenue Officer, 04-04605**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180-3567   781-835-4248

**Place and time for appearance at:** Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180-3567

on the 6th day of January, 2003 at 10 o'clock __ m.

**IRS**

Issued under authority of the Internal Revenue Code this 3rd day of December, 2002

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

_____
Signature of Issuing Officer

**Revenue Officer**
Title

_____
Signature of Approving Officer (if applicable)

Title

Part C -- to be given to noticee