SCANNED
DATE 5-21-04
BY: CMK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Petitioner,<br><br>v.<br><br>ROBERT PARATORE,<br>　　　　Respondent. | M.B.D. No. 03-10369-JLA |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court. This Court issued an Order to Show Cause for the respondent to appear before the Court on May 27, 2002 at 10:00 am.

The petitioner now seeks to withdraw because the respondent has complied with the Internal Revenue Service Summons.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN,
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By: _____ 5/19/04
　　　　　　　　　　　　ANTON P. GIEDT
　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　1 Courthouse Way - Suite 9200
　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
_____ 5/19/04
Assistant U.S. Attorney